IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TERRENCE PAUL ROBINSON                                   PETITIONER

VERSUS                                     CIVIL ACTION NO. 5:05cv83DCB-JCS

CONSTANCE REESE                                       RESPONDENT

## ORDER

This court finds that the United States Supreme Court has denied the writ of certiorari in Moreland v. Federal Bureau of Prisons, No. 05-20347 (5th Cir. Nov. 10, 2005). Therefore, this case is no longer stayed and this court will continue its review of this petition for habeas relief.

SO ORDERED, this the 22nd day of August, 2006.

                                                 S/DAVID BRAMLETTE
                                                 UNITED STATES DISTRICT JUDGE