IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TERRENCE PAUL ROBINSON                                                    PETITIONER

VS.                                                      CIVIL ACTION NO. 5:05cv83DCB-JCS

CONSTANCE REESE, WARDEN                                                RESPONDENT

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that the petition is dismissed with prejudice.

This the 31st day of August, 2006.

                                              S/DAVID BRAMLETTE
                                              UNITED STATES DISTRICT JUDGE